673 A.2d 866

**Harold HOWARD, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE,**
**Appellee.**

Supreme Court of Pennsylvania.

March 19, 1996.

***ORDER***

PER CURIAM.

**AND NOW,** to wit, this **19th** day of **March, 1996,** the appeal is dismissed as moot.